**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZAIRE WILSON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 26-cv-0013** |
| **CHARLES LAWSON, et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW** this 13th day of November 2026, upon consideration of Defendants' Motion(s) to Dismiss (ECF Nos. 10, 13), the filings in support thereof (ECF No. 18) and opposition thereto (ECF No. 16) as well as the video footage referenced in the Complaint and provided by the Parties, and for the reasons set forth in the accompanying Memorandum Opinion, it is **HEREBY ORDERED**:

1. The City Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED** with respect to Defendants Martella, Getz, Dydak, Little, Somogyi, Jang, Burgos, Gilson, Doyle, Walsh, and Kearney. Plaintiff's claims against those Defendants are **DISMISSED**, with leave to amend within fourteen (14) days of the date of this Order, if a good faith basis exists to do so; and

2. The Motions (ECF Nos. 10, 13) are otherwise **DENIED**.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**